WHEAT and Another v. CATTERLIN and Another.

APPEAL from the *Clinton* Circuit Court.

PERKINS, J.—In this case a plea in abatement was filed, on the 25th day of *July* last, to the effect that more than three years had elapsed, after the rendition of the judgment, before the appeal was taken. To this no reply has been filed. Upon inspection of the record, the plea appears to speak the truth.

*Per Curiam.*—The appeal is, therefore, dismissed.

*R. P. Davdison,* for appellant.

*McDonald & Roache,* for appellee.